*James A. Sullivan* and *Robert A. Dillon* for appellant.

*Charles B. McLaughlin, District Attorney (Sol Boneparth, Herman J. Fliederblum* and *Israel J. P: Adlerman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUIGI RAFFA, Appellant.

(Argued April 27, 1932; decided June 1, 1932.)

*William P. Thomas* and *Michael N. Delagi* for appellant.

*Charles B. McLaughlin, District Attorney (Sol Boneparth, Herman J. Fliederblum* and *Sylvester Ryan* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.